UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRANKLIN DEVILLE,                    )
                                     )
              Plaintiff,             )
                                     )    1:05-CV-241 OWW DLB
     v.                              )
                                     )    ORDER DISMISSING ACTION
COUNTY OF STANISLAUS,                )    FOR LACK OF PROSECUTION
                                     )
              Defendant.             )
                                     )
                                     )
_____)

    It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

        IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: September 28, 2005            /s/ OLIVER W. WANGER
                                     _____
                                          OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

1